IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**EMPLOOYEE HEALTH SYSTEMS, LLC,**

        Plaintiff,

                                                                     Case No. 2:12-CV-611
   v.                                                Judge Watson
                                                      Magistrate Judge King

**STERLING COMMERCE (AMERICA), LLC,**

        Defendant.


## ORDER

Upon joint motion, Doc. No. 28, the referral of the case to a Settlement Week mediation is **CONTINUED** to the June 2013 Settlement Week.

The Clerk shall notify the assigned mediator.

                                                        _s/ Norah McCann King_
                                                        Norah McCann King
                                                      United States Magistrate Judge
February 15, 2013